E-FILED
Tuesday, 24 June, 2025  03:52:27 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Justice Clinic, | ) |
|             Intervener/Plaintiff , | ) |
| John Doe, | ) |
|             Plaintiff, | ) |
| | ) **Action under 42 U.S.C Section 1983;** |
| Vs. | ) **Civil Damages for criminal violation of** |
| | ) **Hobbs Act: "Malicious Persecution** |
| Michael Bruce Hyman ,**as an individual**, | ) **and Harassment under color of office"** |
| Sanjay Thakkur Tailor , **as an individual**, | ) **Civil Damages for Felony crimes  under** |
| Celia Guzaldo Gamrath **as an individual,** | ) **Title 18 Section 241, Title 18 U.S. Code** |
| Carl Anthony Walker **as an individual** | ) **§ 873   Blackmail ,Criminal Extortion**; |
| Tomas Palella, **as an individual,** | ) **Title §1951(a)  RICO CRIMES**, |
| John Doe 1,2, Jane Doe, as individuals, | ) |
| Tina Schillaci,  **as an individual,** | ) **Civil Damages  for Criminal** |
| Blanca Sandoval,  **as an individual,** | ) **violations of  First Amendment Rights** |
| Julia Maness, **as an individual,** | ) **Civil Damages for crimes  under RICO.** |
| | ) **Public Fraud, Corruption, Forgery ,** |
| | )**Aiding Perjury, Felony Harassment,** |
| | )**Extortion, Retaliation under color of office** |
| | ) **TWELVE PERSON JURY DEMAND** |
| | ) **Damages sought:** |
| | ) **ONE  HUNDRED Million dollars** |
|             Defendants. | ) **Punitive Damages**: |
| | )   **FIVE HUNDRED MILLION DOLLARS** |

## COMPLAINT AT LAW FOR COMPENSATORY, CONSEQUENTIAL DAMAGES; PETITION FOR  RESTRAINING ORDER, ORDER OF PROTECTION

### I.   PREAMBLE

Justice Clinic,  a d/b/a/ sole proprietorship of John Doe  is a watchdog agency,  John Doe [1] ,

sue the individual defendants  Hyman, Tailor, Gamrath, Walker, Palella, Schillaci, Sandoval,

Maness, John does 1,2 , Jane Doe on  98 counts**.**  Since 1987, Justice Clinic in  covert co-

ordination with USDOJ, FBI ,  have under "Operation Silver Shovel" successfully acted behind

---

[1] For the safety of the  life of Plaintiff and his family and Children, plaintiff he is referred here as John Doe, and will seek to leave amend the name once the defendants are served summons  on the Order of Protection and Restraining order.

the indictments, arrests, conviction and sentenced for decades over thirty nine  felons in Cook county such as the defendants  Hyman, Tailor, Gamrat, Walker *crawling* the walls of  judiciary in  'black robe.'

Justice Clinic, John Doe  sue the defendants for malicious persecution; felony profiling; felony hazing; felony violations of Title 18 § 242, 241; Felony hazing and Felony bullying; felony  violation of First Amendment Rights of  John Doe and his wife, an Appellant; Felony violation of Fourteenth amendment Rights of John Doe and his wife, an Appellant; Felony RICO style crimes; corruption, bribery;  abuse of office under color of law**,**  and other intentional malicious torts as narrated in the forthcoming paragraphs in vivid details .

Plaintiffs seek **compensatory, consequential , punitive damages against individual defendants** for Intentional Torts, Constitutional Torts, Civil Rights Violation, Public Corruption and Fraud; Aiding,  abetting and assisting Forgery, Perjury  in courts ;  Felony abuse of Constitutional rights ; Felony **Violation of  Title 18 Section 241-denial and disenfranchise** rights of John Doe and his wife, an Appellant in a civil case;   judicial  corruption, bribery in judiciary to *fix* cases;   targeted , profiled, committed  criminal act against John Doe and Appellant ; Felony Harassment;  Felony abuse and obstruction of constitutional rights to petition to courts in violation of First Amendment rights ; Felony fabrication and selling court orders for cash and other "sexual favors.

The defendants  will have no immunity <u>for the malicious, deliberate, vicious, intentional tort acts</u>, public corruption crimes;  including **felony *criminal acts* under Title 18, U.S.C. Section 242 denying, disenfranchising, invalidating the rights of citizens;  felony crimes under  Hobbs Act.** In fact, Federal Judge Gottschall ordered  felons like Hyman, Tailor, Gamrath , Walker  must stand Trial and has NO immunity for similar abuses, and cited United

States Supreme court cases while ordering defendant , a criminal crook named Timothy Evans must stand Trial ; has NO immunity , *Novak v. Hall,* No. 14 C 801, 2015 WL 5768569, (N.D. Ill. Sept. 30, 2015) ; *DeVito v. Chicago Park Dist*., 83 F.3d 878, 881 (7th Cir. 1996); *Kentucky v. Graham*, 473 U.S. 159, 165-66 (1985)); *Prakel v. Indiana,* 100 F. Supp. 3d 661, 677 (S.D. Ind. 2015) . Attached as **Exhibit A** is the rap sheet of defendant Evans sued by numerous victims for his abuses. The defendant is sued over 30 times - Exhibit A

## II . JURISDICTION & VENUE

This court has jurisdiction to the causes of action brought under 42.U.S.C Section 1983; under Federal Hobbs Act; under Title 18 U.S. Code § 873 Blackmail and extortion ; Title 18 U.S. Code § 241; under Federal RICO statute Title 18 §1951(a) , and other claims and damages sought under the Illinois statutes and Illinois laws. Defendants are citizens of Illinois , employed by State of Illinois and could not be sued in any Federal court as well as State court of Illinois. All the individual defendants are actors , accomplices, co-conspirators, executioners of the violations and causes of action pleaded in this law suit. The judicial atrocities by the defendant felons who normalized "judicial autocracy" should not be let loose and the crazy, maniacal sick street dogs Hyman, Tailor, Walker , Gamrath, Palella, John Doe1, 2 and Jane Doe ; and their criminal accomplices Tina Schillaci , Blanca Sandoval, Julia Maness must be brought to justice, by Civil and criminal prosecution.

### III.   BACKGROUND FACTS

 Plaintiff John Doe wife , is an Appellant in a civil case The defendant felons-Hyman , Tailor, Walker, Gamrath in criminal collusion with  Maness, Schillaci, Sandoval and scorpion "law clerks" and defendant eunuch Palella ( butt kisser of felons Hyman, Walker, Tailor, Gamrath, routinely harassed  Appellant by  deliberately no processing filings submitted electronically,

including time sensitive filings to 'run the clock out' to ' fix' the Appeal for the appellee by the corrupt felons -defendants Hyman, Tailor, Walker , Gamrath who are ably assisted, aided, by their criminal accomplices- venomous scorpions Julie Maness, Blanca Sandoval, Tina Schillaci and the 'henchmen' Palella , John Doe 1 and 2; Jane Doe headed by presiding felon of Division 6 . Such criminal obstruction of justice included but not limited to :

- not processing filings for weeks and months to criminally impede the Appellant prosecution of the Appeal;

- to 'fix' the appeal for the 'bribes' paid Appellee by creating bogus, sham dismissal for want of prosecution by the cunning con artists  Hyman, Tailor , Walker, Gamrath  by lying as to have not filed the record on appeal   at a time a Supreme court Rule 326 motion for extension of time  to file the record was pending;

- harassing, intimidating, defaming the Appellant by  *inuendo, derogatory insulting statements, and acting as "private investigator' quizzing the record request*

- colluding with clerks not to process a clarification filed as to the felons  Hyman, Gamrath, Walker, Tailor lies that the Appellant  "objected" for a "file stamped copy" of record request"  despite knowing fully well that the request was made by U.S mail by a letter

-  blocking a Petition for recusal and disqualification of felons Hyman, Tailor, Gamrath and Walker as the  despicable , shameless creatures with no self -respect when the felons Hyman ,  Walker, Tailor and Gamrath  sued in Supreme court through a Rules 383 Petition which besides seeking removal of the felons from judiciary, sought referral for criminal indictment of felons Hyman, Walker, Gamrath  and Tailor

- manufacturing , fabricating an "unconstitutional" order placing restrictions that Appellant has to file papers by mail; needed to seek leave to file papers in violation of the Supreme court order M.R. 18368 which made it mandatory Electronic filing since 2018;

- defaming the Appellant further in the garbage order of 6/18/2025  sprayed with derogatory, defamatory rhetoric and manufactured out of whole cloth with blatant lies;

- blocking a filing seeking a "stipulated order" for record for specific dates as requested with criminal intent to manufacture another default in the veil of not filed the record and to fabricate another DWP.

 The con artists Hyman, Walker, Gamrath , Tailor and the defendant criminal accomplices will have NO immunity for malicious, deliberate, venomous acts carried out with criminal intent to harass, intimidate, extort the Appellant to "walk away' from the appel to fix the case for the Appellee in exchange for the *cash bribes* paid to the felons Hyman, Walker , Gamrath, Tailor; to their scorpion *mistresses* defendants Maness, Schillaci, Sandoval. Attached as **Exhibit B** is the 'rap sheet ' of defendant Carl Anthony Walker from **unsealed documents**. The defendant felons are under a Special Federal Grand Jury investigation seated by USDOJ where the Plaintiffs are seeking multi-count felony indictments of the felons-Hyman, Walker, Gamrath and Tailor .The coward felons with sh#t head who are simply sadist crooks in illusion that the identity of the felons could not be discovered by *rubber stamping* orders by the faceless, gutless cowards with no names, drafted by their 'henchmen' a/k/a felon law clerks. The criminal crooks with their "mug shot" photos are available for the public in Supreme court web site.

### IV. UNITED STATES SUPREME COURT AUTHORITIES TO SUPPORT SUING THE DEFENDANTS FOR CIVIL DAMAGES AS WELL AS TO CRIMINALLY PROSECUTE THE DEFENDANTS

**" No man is a king dwelling above the law "**

*" No man is so high that he/she is above the law. All the officers of the government from the highest to the lowest, are **creatures of the law** and are bound to obey it. No officer of the law may set that law at defiance with impunity*." *United States v. Lee ,* 10 U.S 196, 220,1 S.Ct 240,27 L.Ed.171 (1882) . ) *Pulliam v. Allen***,** No. 82- 1432 ( U.S .Supreme Court Justice Blackmun wrote the majority opinion-Judge could be sued for damages and attorney fees for judicial abuses).

The defendant felons Hyman, Walker, Gamrath and Tailor who should be given an "orange robe" instead of *black robe* in delusion and illusion as the s are some sort of a *"king/queen."* The defendants are no different than street thugs and felons but *clothed in black robe* to escape criminal charges and are despicable evil, perverted, sadists.

### United States Supreme Court Justice Louis Brandeis in his opinion wrote:

"*Decency, security and liberty alike demand that government officials shall be subjected to the rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. For good or for ill, it teaches the whole people by its example.* " *Crime is contagious. If the Government becomes a law breaker, it breeds contempt for law; it invites every man to become a law unto himself ; it invites anarchy* " ( and judicial tyranny) 277 U.S. 438 *Olmstead v. United States .* Decided: June 4,1928 19 F.( 2d) 842,848,850; *Forrester v. White* 484 U.S. 219, (1988) . The coward felons defendants hiding inside the veil of a *black robe* committed High Crimes and Misdemeanor ; committed Felony

crimes under Federal criminal statutes cited ; committed Class 3 Felony crime pursuant to  Illinois

criminal statute 720 ILCS 5/12-6, qualified to  be impeached , indicted, prosecuted and

imprisoned.

  The Fourteenth Amendment   to the United States Constitution is to deter crooks like the

defendants alike for using their ***badge of their authority* to *violate a person's constitutional***

***rights*** and to  provide compensation and other relief to victims of constitutional deprivations.

*Cary v.Piphus*  434 U.S 247,253 ( 1978   .

  " *Society demands more of judges than of other persons because of their elevated position*

  *in which they are expected to be **fair and honest** .* " Federal Judge – Northern District

Honorable Thomas Durkin **while sentencing a cook  county judge to  (6)  years in Federal**

**prison** in 2016

  United States Supreme court had *set many precedence* making it absolutely clear that

abusive felons in *black robe* like defendants Hyman, Walker, Gamrath, Tailor   hiding inside a

black robe, who *poison the sanctity of the black robe,* are not "above the law" . The defendants are

undeserved to even touch the *black robe* of justice, leave alone *donning* it. These are criminals

who commit crimes  hiding behind the coward veil of immunity with delusional hope to avoid

criminal charges and prison time under the *fake* immunity which they  will not have in this law

suit just from precedent authorities on cases cited here . The  defendant crooks Hyman, Walker,

Gamrath, Tailor   with an unprecedented thuggish  arrogance and super ego,  are  a tyrant, dictator,

autocrat and a maniacs intoxicated with undeserved authority placed in the hand of felons with

questionable mental health to ever employed by Judiciary, a mental  case narcissist with no moral

and judicial character;  perverted sadist crooks in a *fantasy bubble* as a 'king' ; in  delusion and

dementia to be immune for  their  crimes against judiciary; against the Appellant .This law suit

will prove defendant s Hyman, Walker, Gamrath, Tailor  are just  criminal crooks , scorpion lawyers turned felons with pseudo title   "judges", and are  **not above the law**.  *Forrester v. White* 484 U.S. 219, 228 (1988)  is just one such case. (not eligible for Absolute immunity  and the judge can be sued ; also see Table of Authorities attacked as  **Appendix**  and District Judge Gottschall who ordered a corrupt Negro  felon with guerilla face , in black robe named Charles Timothy  to stand Trial,   District Judge Gottschall in  ILND  found that  have no immunity. There are hundreds  of U.S. Supreme court and Federal Court cases  such as the ones cited here by District Judge Gottschall.  Also  see the 'rap sheet' of felon  Evans attached as Exhibit A, sued by numerous Plaintiffs.

> Judge Gottschall –ILND;  the court **declines to find that absolute judicial immunity bars**  § 1983 official capacity claims against  Judge ). Cited authorities: *Novak v. Hall,* No. 14 C 801, 2015 WL 5768569, (N.D. Ill. Sept.  30, 2015)  (quoting *DeVito v. Chicago Park Dist.,*  83 F.3d 878, 881 (7th Cir. 1996); *Kentucky v. Graham*, 473 U.S. 159, 165-66 (1985)); see also *Prakel v.  Indiana*, 100  F. Supp. 3d 661, 677 (S.D. Ind.  2015)

The nature of the injury and relief sought in this Law suit is central to the Art. III inquiry, This law suit will prove the defendants' reckless disregard to truth; disrespect to Plaintiff and his wife -Appellant's  constitutional rights; breathtaking judicial arrogance, judicial anarchy and judicial tyranny; unprecedented abuses of the Judiciary; Treason on the United States Constitution in the name of judicial autonomy and judicial anarchism; super tyrannical arrogance and abuse of judiciary; violation of oath of office by the defendants and thus committed Felony *High crimes and Misdemeanor*. The plaintiff is suing the defendants  for  the damages caused by the  perverted evil s who for personal vendetta with blood thirsty rage of a serail killer. The felons Hyman, Tailor, Gamrath, Walker are  perverted sadists, arrogant crooks clothed in a

*black robe who* have no respect , abused the Appellant for suing the felons  in Supreme court under Rule 383.

" The exercise of judicial power can so profoundly affect the <u>lives, liberty, and property</u> of those to whom it extends," *Valley Forge Christian College v. Americans United for Separation of Church and State, Inc*., 454 U.S. 464, 473 (1982), that the decision to seek review must be placed "in the hands of those who have a direct stake in the outcome." *Sierra Club v. Morton,* 405 U.S. 727, 740 (1972). It is not to be placed in the hands of "bystanders," who will use it simply as a "vehicle for the vindication" .*United States v. SCRAP*, 412 U.S. 669, 687 (1973). Here, as will be shown before a Jury , the "exercise of judicial power"  is placed in the hands of *felons in black robe,* who are judicial terrorists, crooks , dictators, anarchists, perverted sadist evils who even attempted to <u>commit murder</u> of the Plaintiff  John Doe.

### V. THE PLAINTIFF [2]

Plaintiff John Doe is an American and citizen of Illinois for over 40 years ;  is a family man, lives with his wife of 25 years and two children. Mr. Doe is a  well-educated , professional engineer, a *summa cum laude* graduate in Electrical & and Electronics Engineering; an M.B.A. and also holds a LL.B  – a Bachelor of Law degree, from a British School. ( same law degree as the retired  Seventh Circuit Judge Richard Posner who has no J.D.) One of Plaintiff's relatives sits in Federal Appellate court in D.C. Circuit Appeals Court as Chief Judge, who was in a short list of top  3 candidates out of six selected  by President Obama for Supreme court to fill Scalia seat.

"Hon.Srinivasan was on the top six contender for the  Supreme Court  to fill  Scalia  vacancy during  Obama Administration.   https://www.usatoday.com/story/news/2013/05/23/sri-srinivasan-judge-supreme-court-circuit-dc-obama-bush/2351543/)"

---

[2] John Doe is suing  as consortium plaintiff for damages caused to his wife and Appellant in a civil case before the felons Hyman, Tailor, Gamrath and Walker

.

## COUNT  I

## ALL DEFENDANTS

### CLAIMS FOR DAMAGES UNDER TITLE 18 U.S.C.§241; § 873
### Blackmail, Criminal Extortion; Title 18 §1951(a)  RICO STYLE CRIMES,
### AGGRAVATED STALKING, HARASSMENT, THREATS,
### OBSTRUCTION OF JUSTICE , DEFAMATION

1. The plaintiffs incorporate  and restate  the preceding Caption paragraphs I- IV  as if stated herein.

2. The facts narrated here constitutes violations of TITLE 18 U.S.C.§241;  § 873  Title §1951(a)

3.  The facts and the criminal behavior of the defendants would further prove a criminal conspiracy  and scheme in line with RICO style crimes and Title 18 U.S.C. §241,  to deny , disenfranchise the Plaintiff' and Appellant  constitutional  rights , such criminal violation under  §241, a Felony crime similar to  which Federal Grand Jury through special counsel Jack Smith indicted Donald Trump. This crime alone carries FORTY years in Federal prison for the defendant felons.

4. Plaintiff has since filed a complaint with the Criminal Section of the Civil rights Division of the USDOJ  to indict on probable cause and arrest  felons Hyman, Walker, Gamrath, Tailor om multicouny Federal charges  including felony harassment , threats, intimidation, hazing, bullying, all intended to cause harm to the Plaintiff John Doe; his wife and Appellant. A complaint was also filed with the Judicial Inquiry Board and Illinois Courts Commission.

5.  Defendant felons Hyman, Walker, Gamrath, Tailor engaged in <u>Aggravated Stalking, Harassment , Threats</u>

6. Plaintiff expects continued harassment, threats, even another 'fabricated DWP' *made of whole cloth* violating every due process clause by the felon Hyman, Walker, Gamrath and

Tailor , aided, assisted, colluded by Hyman *mistresses* defendants Julia Maness, Tina Schillaci, Blanca Sandoval and the felons John Does 1 and 2, Jane Doe.

7. Furthermore, the pattern of criminal conduct by the felon Hyman, Walker, Gamrath, Tailor is identical to RICO style crimes of criminal conspiracy to deny the rights of the Appellant.

8. Additionally , the conduct of felons Hyman, Walker, Gamrath, Tailor as stated in the foregoing paragraphs is to continue to find ways to destroy the Appellant case and the Appeal.

9. The spineless, boneless *jelly fish* , defendants Hyman, Walker, Gamrath, Tailor hiding inside a coward veil of a black robe to commit crimes should not be let 'scot-free' and the plaintiff should be awarded damages to be decided by a Jury.

10. Due to continued harassment , humiliation, defamatory conduct and criminal acts by the sadist , perverted evil crooks defendant Hyman, Walker, Gamrath, Tailor , Plaintiff is also seeking an **Emergency and Plenary order of Order of Protection and Restraining order** against defendant Hyman, Walker, Gamrath, Tailor.

11. The vicious, malicious , sadist behavior and conduct by the defendant Hyman, Walker, Gamrath, Tailor as narrated in caption paragraphs I-IV , is deliberately intended to harm the plaintiff , his wife the Appellant; to inflict emotional distress, mental anguish ; the despicable act is perverted sadism to inflict humiliation, and to *belittle* the Appellant as if the Appellant is somewhat inferior to the perverted narcissists Hyman, Walker, Gamrath, Tailor.

12. The sadist, perverted criminal Hyman, Walker, Gamrath, Tailor are out of control running loose maniacal psychopaths with the rage of a serial killer to indulge in criminal

vindictive criminal acts under the coward veil of "color of law" for Appellant sue the felons Hyman, Walker, Gamrath, Tailor in Illinois Supreme court under Rule 383.

13. In the unconstitutional 6/18/2025 trash sprayed with lies, the felons Hyman, Walker, Gamrath, Tailor deliberately duplicated Appellant generic, regular 326 motion filings to set the stage for the *garbage* entered on 6/18/2025 ; lied responses as motions; denied 'off the bat' without any consideration whatsoever on merits of a motion to dismiss to "fix " the case in favor of the Appellee in exchange for 'cash bribes'.

14. This lawsuit is not about so called "judicial orders," which Plaintiff, Appellant aware of their appeal rights. But the lawsuit is about felons in *black robe* Hyman, Walker, Gamrath, Tailor who consider themselves as "kings" ; *maliciously , viciously intended* to harm the Appellant case by creative criminal acts .Such acts assisted, aided by the felons' *mistresses* Julia Maness, Tina Schillaci and Blanca Sandoval and coward eunuch Palella; felons law clerks John Doe 1, 2 and Jane Doe.

15. The conduct narrated in the foregoing paragraphs are deliberately undertaken by the defendants Hyman, Walker, Gamrath, Tailor with malicious intent to harass, stalk , intimidate, extort a 'walk away' , non-prosecution of Appeal by the plaintiff's wife Appellant [3]

16. The evil creatures Hyman, Walker, Gamrath, Tailor perverted sadism; sadistic thirst for abuse of authority as an authoritarian, totalitarian, perverted dictator , tyrant hiding inside the closet behind a covered veil of *black robe* with **imaginary and delusional immunity will be pierced with Memorandum Brief.**

---

[3] Appellant will be added through a joinder motion

17. As a  proximate cause due to the malicious, vicious tort actions by defendant felon Hyman, Walker, Gamrath, Tailor and their criminal accomplices , plaintiff suffered damages.

18. The conduct as per the factual pleading in this count is indulged by the defendant felons Hyman, Walker, Gamrath, Tailor  as a deliberate , intentional perverse act , and acted maliciously to threaten, block Appellant prosecution.

19. The conduct as described above by the defendant felon Hyman, Walker, Gamrath, Tailor is done willfully and intentionally , pre-meditated and orchestrated with other  co-defendants, especially with the felon defendant Julia Maness.

20. The reckless, ruthless arrogance , bloated ego of the pigs  Hyman, Walker, Gamrath, Tailor abuses, harassing, defamatory , vicious conduct to appease the Appellee; the perverted sadistic  pleasures by abusing the authority in a trash 6/18/2025 order are  carried out **as individuals** using his 'false authority', 'false immunity' to commit crimes; induced by the defendant  scorpions Julia Maness, Blanca Sandoval [4] , Tina Schillaci  to  cause harm to plaintiff; Appellant case and cause.

21. The despicable , unconscionable, sadist  acts as narrated in foregoing paragraphs are  carried out by defendant Hyman, Walker, Gamrath, Tailor in collusion with  the defendants, scorpions Julia Maness, Blanca Sandoval, Tina Schillaci, eunuch Palella , John Does 1,2 and Jane Doe  with willful malice and to cause injury to consortium plaintiff , Appellant and to damage an appeal.

---

[4] Felon Blanca Sandoval sneaked into the State job  through nepotism, favoritism, corruption, bribery  by  the convicted Federal felon and former State Senator  Martin  Sandoval who spent years in Federal prison. "Like father like daughter"!!

22. The intentional tort acts by the defendants Hyman, Walker, Gamrath, Tailor, Julia Maness, Blanca Sandoval [5] , Tina Schillaci , felon Palella, John Does 1, 2 and Jane Doe 3 are carried out to inflict continued emotional distress to the plaintiff Appellant  as stated in above paragraphs; wantonly committed to humiliate the Appellant.

23. The defendants in order  to carry out their personal vindictive agenda, the despicable evil judicial felons committed intentional tort acts  and inflicted damages caused are given existing with no need for further query per United State supreme court authorities , and just form sheer nature of the abuses , and the damages will be proved beyond preponderance of doubt before a Jury.

24. The malicious, vicious , vitriol acts of the defendant Hyman, Walker, Gamrath, Tailor  ably assisted  by the evil co-defendants , particularly the felon   Julia Maness, Tina Schillaci, and Blanca Sandoval enjoying State  tax payers  paid insane salaries and perks  are  carried out to *impugn* that Appellant and Plaintiff  lacks moral character, and to harm their cases. [6]

25.  The intentional tort acts  are carried out knowingly that their  unlawful acts will harm the Appellant and the Plaintiff  of their cases.

26. At the time the defendants Hyman, Walker, Gamrath, Tailor  indulged in such evil acts ion collusion with co-defendants,  as narrated in the foregoing  paragraphs, the defendants felons Hyman, Walker, Gamrath, Tailor    knew their criminal acts are deliberate, malicious and carried out with *criminal intent* and  solely intended to inflict and cause harm to Appellants' case and cause.

---

[5] Felon Blanca Sandoval sneaked into the State job  through nepotism, favoritism, corruption, bribery  by  the convicted Federal felon and former State Senator  Martin  Sandoval who spent years in Federal prison. "Like father like daughter"!!

[6] In the year 2018  the judicial pros####te Tina Schillaci as "staff attorney" working for  Clerk Ravid, fabricated a similar order against the  Plaintiff by colluding and *sleeping with* a notorious felon Daniel Pierce ,   like her successor  snake Julia Maness , the colluded  with felon Hyman, Walker and *slept with them*  to fabricate as similar 'copycat'  order  on 6/18/2025 against the Appellant

27. As a direct and proximate cause of the defendant felons Hyman, Walker, Gamrath, Tailor and their criminal accomplices co-defendants unlawful acts as set forth herein,  Plaintiff and Appellant suffered damages, continue to suffer damages including, but not limited to, damage caused from impeding the prosecution of the Appeal.

28. The despicable, evil, criminal acts by the defendant felons  Hyman, Walker, Gamrath, Tailor  and by the co-defendants as narrated in the preceding paragraphs are carried out with malice, wanton, deliberateness .

29. All of the felonious acts stated in this count warrants  not only civil damages but also Criminal prosecution.

**WHEREFORE,** the intervener Plaintiff and the Plaintiff John Doe request this Honorable Court to  enter judgment in their favor and against the **INDIVIDUAL** Defendants, in an amount of **TWENTY Million dollars** plus attorney's fees and costs and punitive damages to be determined by the Trier of Facts before a Jury.

## COUNT   II

### AGGRAVATED STALKING, HARASSMENT, THREATS, OBSTRUCTION OF JUSTICE , DEFAMATION ALL DEFENDANTS

Violations of 720 ILCS 5/12-7.4 - Aggravated stalking 740 ILCS 21/5 Sec. 5
740 LCS 145 Libel and Slander Act

ALL DEFENDANTS

30. Plaintiff incorporates, restates and re-alleges the preceding Caption paragraphs I-IV as if stated herein.

31.  An appellant filed a petition for sanction against the  defendants -felons Julia Maness, Blanca Sandoval and Tom Palella.

32. In order to protect the felons  Maness, Sandoval, Palella of their criminal acts of criminal

    obstruction of justice  by  delaying, blocking filings,  (in exchange for *sexual favors* from  Julia

    Maness ,  Blanca Sandoval, Tina Schillaci) Hyman , Walker, Tailor and  Gamrath, instead

    imposing sanctions on the clerks, the felons *turned the table around and tacitly entered a*

    *pseudo sanction* on Appellant on 6/18/2025 which among other things  the coward felons

    Hyman, Tailor, Gamrath and Walker imposed an unconstitional e-filing restriction in violation

    of Supreme court order M.R.18368 of mandatory e-filing.

33. **720 ILCS 5/12-7.4:** Illinois legislature mandate Aggravated stalking <u>as a felony</u> and is a course

    of conduct, like the one defendant felon Hyman, Walker, Gamrath, Tailor , John Doe 1 and John

    Doe 2  conduct and behavior .The statute allows all stalking victims to seek civil remedies.

34. Plaintiff expects continued harassment, threats,  additional  criminal acts by the out of

    control maniac and psychopath , a criminal crooks defendants Hyman, Walker, Gamrath,

    Tailor .

35. Furthermore, the pattern of criminal conduct by the felons since the first Rule 326 extension

    to file the record to  now and the  derogatory, detrimental orders therein, clearly establish the

    retaliation, personal animus by   the felons Hyman, Tailor, Gamrath, Walker  for the

    Appellant sued the felons in Supreme court.

36. The despicable creatures  Tailor, Hyman, Walker, Gamrath despite FULLY AWARE  of

    the extreme  conflict of interest from the Supreme court filing which even sought removal

    from the Judiciary through Illinois Court Commission and through JIB  , the perverted

    sadist felons Hyman, Tailor, Gamrath and Walker stayed in the Appeal by the soon to be

    added co-plaintiff,  for one and only evil purpose -to enter detrimental orders against the

Appellant in the appeal case;  to appease the  felons'  crooks blood thirsty vendetta, personal animus,  .

37.  The vicious, malicious , sadist behavior and conduct by the defendants Hyman, Walker, Gamrath, Tailor  and the subsequent 6/18/2025 order  *manufactured out of whole cloth* is deliberately intended to harm and to inflict additional damages to appeal by creatively blocking prosecution of the Appellee.

38.  The perverted sadists  Hyman, Walker, Tailor and the *lapdog* of Hyman,  Gamrath criminal intent  behind 6/18/20025 trash is to make it   extremely difficult and   expensive for the Appellant to file pleadings.

39. The abuses stated above *is maliciously , viciously intended* to damage the appeal  of the Appellant  and to deny her constitutional rights in  violation under 42 U.S.C. Section 1983 and Fourteenth  Amendment Rights to seek claims for damages ;  First Amendment Rights to petition courts for  grievances.

40. The conduct narrated in the foregoing paragraphs are deliberately undertaken by the defendants Hyman, Walker, Gamrath, Tailor   with malicious intent to harass, stalk , defame the Appellant;   to cause humiliation ; to  appease and quench the evils  perverted sadism; sadistic  thirst to abuse the  authority as an authoritarian, totalitarian, perverted dictator , tyrant hiding inside the closet  behind a covered veil of *black robe* and  " imaginary immunity" which will be **pierced.**

41. As a  proximate cause due to the malicious, vicious tort actions by defendant felons , plaintiff . his wife -the Appellant suffered damages and continued to suffer injury to the reputation; deprivation of dignity, loss of peace .

42. The defamatory conduct as per the factual pleading in this count , though Federal courts require only Notice pleading,  is indulged by the defendants Hyman, Walker, Gamrath, Tailor are deliberate , intentional perverse act maliciously orchestrated to harm, destroy the Appeal case.

43. The conduct as described above by the defendant felons is done willfully and intentionally and pre-meditated and orchestrated with other  co-defendants to  defame the Appellant , and  to cause harm to the Appeal.

44. The reckless, ruthless abuses; harassing, defamatory , vicious conduct to appease their blood thirsty rage for vendetta for the Appellant took legitimate recourse of suing  the felons Hyman, Tailor, Gamrath , Walker in Supreme court;  to derive sadistic pleasure through numerous harassing orders showing  discriminatory jurisprudence even on orders on  routine Rule 326 motion for extension to file the record, culminated with the unconstitutional 6/18/2025 garbage  a felony violation of Title § 242  is a clear and convincing evidence  to indict the criminals  Hyman , Tailor,  Walker,  Gamrath.

45.   The felony acts by the felons Hyman, Walker, Tailor, Gamrath are  carried out the  criminal acts  as INDIVIDUALS using  s 'false authority', and (unavailable) immunity' from criminal and civil prosecution.

46. The despicable creatures and douchebags Hyman, Walker, Tailor, Gamrath , Maness, Sandoval, Schillaci , Palella, John Does 1 , 2 and Jane Doe  , unconscionable perverted sadist  acts are carried out by the defendant felons  with willful malice; reckless disregard for Appellant rights; disregard to laws.

47. The intentional tort acts by the defendant Hyman, Walker, Gamrath, Tailor,  Maness, Sandoval, Schillaci , Palella, John Doe 1 , 2 and Jane Doe 3 , are carried out to cause

continued damages to Appellant case and cause by rejecting filings citing the criminal crooks Hyman, Walker, Gamrath, Tailor 6/18 trash , despite the 6/18/2025 trashy order is not even worth ass-wipe as human *feces* deserves respect ; despite the trash 6/18/2025 is nullity and void as it violated the Supreme court order m M.R. 18368 over which the felons Hyman, Walker, Gamrath, Tailor has no jurisdiction; no authority to overrule a Supreme court order, and as such felons Hyman, Walker, Gamrath, Tailor are in criminal contempt of the Supreme court.

48. The malicious, vicious , vitriol acts of the defendant felons Hyman, Walker, Gamrath, Tailor in criminal collusion with co-defendants are carried out knowingly to harm the Appellant and her case and to humiliate the Appellant.

49. At the time the defendants Hyman, Walker, Gamrath, Tailor , John Doe 1 and John Doe 2 indulged in such evil acts as described in above paragraphs, the defendant felons knew they were deliberate, malicious acts solely intended to inflict emotional harm and distress with reckless disregard to laws; truth, justice, facts..

50. As a direct and proximate cause of the defendant felons unlawful acts as set forth herein, Plaintiff John Doe, his wife - soon to be added as co-plaintiff, the Appellant suffered damages, continue to suffer damages , including damages caused by impeding, obstructing prosecution of the appeal.

51. Additionally , the despicable, evil, criminal crooks and felons Hyman, Walker, Gamrath, Tailor in criminal collusion with co-felons Julia Maness, Tom Palella, Blnaca Sandoval, Tina Schillaci have covertly made the 6/18/2025 ass-wipe order as a 'permanent restriction' for filing pleadings, by destroying, trashing paper filings sent by U.S. mail .

52. This  doubling down of the felons Hyman, Walker, Gamrath, Tailor  criminal acts with extreme judicial arrogance ; unprecedented abuse ; deliberate destruction of paper  filings , after rejecting e-filings with reckless disregard to Appellant rights   and as proximate cause such evil , intentional tort acts plaintiff, Appellant suffered damages.

53. As proximate because of defendant Hyman, Walker, Gamrath, Tailor , Maness, Sandoval, Schillaci, Palella,  John  Doe 1 and  2, Jane Doe, malicious , willful , deliberate , wanton , intentional tort acts of impeding justice, obstructing justice,  plaintiff John Doe and co-plaintiff , Appellant suffered damages.

**WHEREFORE,** the intervener Plaintiff and the Plaintiff  John Doe request this Honorable Court to  enter judgment in their favor and against the **INDIVIDUAL Defendants**, in an amount of **TWENTY Million dollars** plus attorney's fees and costs and punitive damages to be determined by the Trier of Facts before a Jury.

## COUNT III

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND MENTAL ANGUISH

### All defendants

54. Plaintiff incorporates, restates and re-alleges the preceding Caption paragraphs I-IV  as if fully stated herein.

55. As a direct and proximate cause  of the illegal acts  the  defendant felons Hyman, Walker, Gamrath, Tailor and their criminal accomplices-Maness, Sandoval, Palella, John Does 1-2, Jane Doe, inflicted extreme  emotional harm to Appellant and her consortium plaintiff John Doe.

56.  As a direct and proximate cause  of the illegal acts  the  defendant felons Hyman, Walker, Gamrath, Tailor and their criminal accomplices-Maness, Sandoval, Palella, John Does 1-2,

Jane Doe, inflicted extreme mental anguish to Appellant and her consortium plaintiff John Doe.

57. As a proximate cause of emotional harm, mental anguish inflicted by the perverted, out of control maniacal felons Hyman, Walker, Gamrath, Tailor and their criminal accomplices-Maness, Sandoval, Palella, John Does 1-2, Jane Doe, Plaintiff and his wife -the Appellant suffers from chronic stress, anxiety , continue to suffer from such serious ailments continue to suffer emotional distress caused by the perverted sadists -Hyman, Walker, Gamrath, Tailor derogatory, defamatory language in the ass wipe order of 6/18/2025 which included tacit attempt to criminalize the Appellant. The criminal accomplices the cunning, venomous, poisonous scorpions Julia Maness, Blanca Sandoval daughter of convicted felon -Blanca Sandoval, Tina Schillaci , eunuch Palella, John Does 1-2, Jane Doe are 'hand in glove' in this judicial atrocity.

58. As a direct and proximate cause of the perverted, sadist criminal acts of the felons, defendants Hyman, Walker, Gamrath, Tailor , Maness, Schillaci, Sandoval, Palella, John Doe 1, John Doe 2 as narrated throughout, Appellant and her consortium plaintiff suffer from extreme emotional distress , mental anguish including chronic stress induced by the defendant felons.

59. As a direct and proximate cause of the intentional evil tort acts by the evil felons Hyman, Walker, Gamrath, Tailor , Maness, Schillaci, Sandoval, Palella, John Doe 1, John Doe 2, Appellant, consortium plaintiff suffered damages ; continue to suffer damages.

60. As a direct and proximate cause of the actions of the defendant felons Hyman, Walker, Gamrath, Tailor , Maness, Schillaci, Sandoval, Palella, John Doe 1, John Doe 2 as narrated

throughout , Appellant , consortium plaintiff suffered damages due to continued abuses by

the criminal  defendants

**WHEREFORE,** the intervener Plaintiff and the Plaintiff  John Doe request this Honorable Court

to  enter judgment in their favor and against the **INDIVIDUAL Defendants**, in an amount of

**THIRTY Million dollars** plus attorney's fees and costs and punitive damages to be determined

by the Trier of Facts before a Jury.

### COUNT IV   DUE PROCESS VIOLATIONS

### VIOLATION OF FIRST, FOURTH  AND FOURTEENTH AMENDMENT RIGHTS

Defendants Hyman, Walker, Gamrath, Tailor

61. Plaintiff incorporates, restates and re-alleges the preceding Caption paragraphs I-IV  as if

stated herein.

62. In their  unquenchable perverted sadism, the  blood thirsty hounds, felons  Hyman, Walker,

Gamrath, Tailor and as an act of vengeance and in their  quest to persecute the Appellant

denied  Appellant her  due Process  rights, her  First, Fourteenth Amendment Rights

63.   Defendant felons Hyman, Walker, Gamrath, Tailor  with murderous rage,  vengeance,

***Weaponized*** the  judiciary to abuse teh judiciary for personal vendetta.

64. The judicial felons unprecedented ego and the violent unlawful criminal acts in the form of

6/18/2025 unwarranted restrictions, supported with blatant provable lies will be  proved to

a Jury as fabricated lies and simply 'made-up' to slander and tacitly *criminalize* the

Appellant with derogatory language. If anyone needs "habeas  corpus"  petition, it is the

soon to be arrested  felons in black robe- criminal crooks  Michael Bruce Hyman, Indian

Sanjay Thakkur Tailor, Negro[7] felon Carl Anthony Walker, Celia Guzaldo Gamrath.

---

[7] Negro is an acceptable http://www.nydailynews.com/news/national/negroacceptableterm-soldiers-u-s-army-article-1.2000759
Negro is an approved way to denote black in U.S Census Bureau. Negro is still an approved way to refer to black
people,

65. The felons Hyman, Walker, Gamrath, Tailor are out of control maniacs who are capable high crimes and even murder either by themselves or by hired "hitmen"

66. The crazy lunatics Hyman, Walker, Gamrath, Tailor are an endangerment to judiciary and Courts, Justice and to the law abiding Citizens and the Public as a whole. Henc the felons Hyman, Walker, Gamrath, Tailor must be *euthanized* by the government just like the Government dispose of maniacal, crazy, dangerous dogs which pose a serious threat and endangerment to citizens, community.

67. The crazy lunatics Hyman, Walker, Gamrath, Tailor deliberately manufactured the 6/18/2025 trash, ass-wipe order to deny Appellant *all of her rights* and as as part the criminal collusion, criminal conspiracy, criminal obstruction of justice with an ulterior motive to 'fix' the appeal for the *bribes paying* Appellee; to block prosecution of the appeal by denying constitutional rights guaranteed to every citizen under First Amendment right; under Fourteenth Amendment Rights.

68. Defendant felons Hyman, Walker, Gamrath, Tailor willfully, maliciously committed wanton violations of First, Fourteenth amendment rights to the United States Constitution ; Sections l, 2, 4 through 13 of the Illinois Constitution; violated Illinois Civil Rights Act of 2003; violated 42 U.S.C. §1983; Title 18 U.S.C. § 242

69. The crazy lunatic felons Hyman, Walker, Gamrath, Tailor as part of the criminal collusion, criminal conspiracy, criminal obstruction of justice with an ulterior motive to destroy the

---

https://www.independent.co.uk/news/world/americas/negro-is-still-an-approved-way-to-refer-to-blackpeoplesays-us-army-9843757.html
Plaintiff vigorously campaigned, solicited voters and voted to elect Obama for State Senate, Two Presidential elections, hence not a racist. Some our lawyers had cases before a great African American Judge Ellis Reid in Chancery who later became an Appellate court Justice. However, there are some residual Negro slaves who are in delusion they are now some damn "kings" once accorded undeserved authority, and get intoxicated with the undeserved authority and treat other non-negro minorities like 'slaves,' more like a "Reverse Apartheid", as these ex-suppressed slaves still suffering from PTSD form slavery cannot take it up on white majority as the mental case felons like Walker will be *chewed and spitted out* just like what President Trump doing now to these ex-slave Negros where Trump wants to even abolish Juneteenth as a Federal holiday.

Appeal as of Right and  invalidate, disenfranchise Appellant  rights committed felonies under Title 18 U.S.C. Section 242.

70. The Systematic, systemic criminal conspiracy and criminal collusion with c-defendants by the felons Hyman, Walker, Gamrath, Tailor  is a Felony under Federal RICO statutes.

71. Defendants miscalculated they could get away with their criminal acts in a civil prosecution and criminal prosecution by Federal law Enforcement  under the *falsehood of immunity*  which they will not have in this case and are *individually liable* for the damages sought in this complaint .  Plaintiffs will file further briefs when the case sails through the docket.

72. The crazy lunatic felons  Hyman, Walker, Gamrath, Tailor Defendants miscalculated that Appellant would surrender  and succumb to the threats , intimidation, harassment, bullying by the perverted sadists.

73. The fake , bogus, fabricated, custom manufactured 6/18/2025 trash order inundated with lies are Federal crimes of   Felony profiling, Felony hazing, Felony harassment , Felony lynching by the felons Hyman, Walker, Gamrath, Tailor

74. The *incarnation* of a total evil , a bloodthirsty hound and *Satan*  felons Hyman, Walker, Gamrath, Tailor  who are  waiting to be called to *rot in Hell*  must be also DISBARRED for committed felony crimes which will strip their judgeship automatically.

75. By the execution of the foregoing  illegal , unconstitutional , criminal acts under *color of law,* through criminal collusion, criminal conspiracy , criminal obstruction of justice with an ulterior motive to block total access to courts through a trash called 6/18/2025 , felons Hyman, Walker, Gamrath, Tailor  committed Federal felony under Title 18 §241, 242  and are eligible for FORTY years behind bar  in a Federal prison.

76. The defendant felons Hyman, Walker, Gamrath, Tailor are currently under criminal investigation by Federal Law enforcement agencies from a complaint filed by the Plaintiff seeking to seat a special Federal Grand Jury with Criminal Section , Civil rights Division of the United States Dept of Justice in Washington , D.C.  USDOJ

77. A Special Grand Jury being seated to indict the felons Hyman, Walker, Tailor, Gamrath, Palella, Maness, Schillaci, Sandoval, John Does 1-2; Jane Doe on multiple counts of felonies.

78. As a direct and proximate cause of the Defendants' criminal acts of felony obstruction of justice as set forth herein , Plaintiff, soon to be added co-plaintiff (Appellant) has suffered damages, continue to suffer damages , such damages to include damages caused by not able to prosecute the Appeal due to defendant felons' vicious, malicious , obstruction of justice, by initially blocking e-filings; than instructing clerk to destroy any paper filings.


**WHEREFORE,** the intervener Plaintiff and the Plaintiff John Doe request this Honorable Court to enter judgment in their favor and against the **INDIVIDUAL Defendants**, in an amount of **THIRTY Million dollars** plus attorney's fees and costs and punitive damages to be determined by the Trier of Facts before a Jury.

**COUNT V**

**PUNITIVE  DAMAGES**

**ALL INDIVIDUAL DEFENDANTS**

79. Plaintiff incorporates, restates and re-alleges the preceding paragraphs, counts I-IV and Caption Paragraphs I -IV as fully set forth herein.

80. The defendants felons  Hyman, Walker, Gamrath, Tailor  committed judicial *atrocities ,
    felony crimes* as narrated throughout in this law suit , in addition to State crimes Class 3
    Felony pursuant to  720 ILCS  5/32–13 warrant punitive damages.

81. The facts pleaded in this complaint and the flagrant deliberate abuses stated in the
    foregoing paragraphs in all counts, are carried out by the defendants with willful, malicious
    intent to cause harm to the Plaintiff, Appellant and warrants punitive damages.

82. The willful, maliciously  intended criminal acts by felons Hyman, Walker, Gamrath, Tailor
    are pre-meditated in criminal collusion with  fellow felons Maness, Sandoval, Schillaci,
    Palella, John Does 1, 2, Jane Doe.   are viciously committed with perverted sadism,
    narcissism, under  the arrogance of  false fantasy and delusional   immunity under 'color of
    office' which none of the defendants will have in this action. Plaintiff *will pierce any
    'immunity veil'* per  U.S. Supreme court authorities already cited *and tear*  any immunity
    veil  with Memorandum of Law.

83. Plaintiff will "pierce any immunity veil" defense before  a Jury that the abuses by the
    defendants and the outrageous criminal acts are carried out with malice, *pre-meditation*
    under  *'color of  office'*  by the defendants , and are wanton, willful, criminal   and hence
    are **personally, individually accountable, liable to pay punitive damages** to the plaintiff
    and the Appellant for the  despicable acts carried out  viciously through 6/18 trash  as a
    tool to commit crimes against the judiciary; against this Plaintiff, and against the
    Appellant. The unconscionable, extremely  outrageous and outrageously extreme
    intentional tort acts are qualified for punitive damages as of right.

84. Plaintiff will show a jury , that if a *layman* who committed the atrocities and criminal acts
    like the defendants here without the coward veil of *black robe*, will be already serving

years in Prison.  The actions of the Defendants are wanton, reckless, willful, and CRIMINAL.

85. The Defendants' acted with reckless disregard for laws , disregard , perjury of the oath of office which qualifies the felonious criminals   Hyman, Walker, Gamrath, Tailor be removed from Judiciary for high crimes and misdemeanor.

86.  The felons Hyman, Walker, Gamrath, Tailor  knew they violated and broke the oath of office under the Constitution , committed High crimes and Misdemeanor;  knew all their acts against the Plaintiff and Appellant are punishable in a Civil action by a judgment for punitive damages , besides compensatory and consequential damage.

87. As pleaded in every counts of action in this complaint, the defendants have caused enormous, severe, serious emotional distress and mental anguish by their humiliation and derogatory injury to the Appellant and consortium plaintiff and they defendant felons intended to cause such damages and continue to cause such damages .

88. As pleaded in every counts of action in this complaint, defendants knew their malicious vicious acts would cause emotional distress, mental anguish, knowingly acted  to deprive and deny Appellant's   rights; knew their  perverted sadist acts driven by personal animus are violations of every written Law , including violations of criminal statutes  720 ILCS 5/32–13  , a Class 3 Felony; violations of  Supreme court Rules and Supreme court order M.R.18368; abridged the United States constitution abridged the Illinois constitution.

89. As pleaded in every counts of action , defendant felons , Deprived  and Disenfranchised co-plaintiff rights under First, Fourth, Fourteenth Amendment Rights; Deprived and disenfranchised  constitutional rights  under Title 18 § 241, 242  ; committed perjury of

violation of oath of office thus committed *High crimes and Misdemeanor*. The aforesaid tort and criminal acts compel Punitive damages.

90. As a direct and proximate cause of the actions of the felonious defendants as detailed throughout in this law suit , Plaintiff John Doe , his spouse Appellant suffered damages which will be proved before a Jury beyond preponderance of doubt .

91. Based upon all of the foregoing facts and pleadings, it is clear that defendants retaliated against consortium plaintiff wife -the Appellant John Doe , used the office to violate the law, and denied Appellant any semblance of Due Process rights as a "vendetta " sued the felons in Supreme court under Rule 383 ; for the Appellant exerted his fundamental constitutional rights to redress grievances in higher court- in Appellate court AS of RIGHT ; as a vendetta for petition filed with Judicial Inquiry Board and Illinois Court commission to remove the felons from the Bench and to *kick* the felons out from ever appearing in any ballot for public office of honor; sought Federal Grand Jury indictment against the felons

92. Based upon all of the foregoing facts and pleadings, it is clear that the defendant felons retaliated against plaintiff , Appellant , violated the law, and denied Appellant any semblance of legal due process rights to prosecute her Appeal; violated First Amendment Rights; violated due process clause of Fourteenth Amendment Rights.

93. Defendant felons Hyman, Walker, Tailor, Gamrath tortious and criminal acts pre-meditated, masterminded and conceived in a RICO style criminal scheme to harm the Appellant by fabricating the 6/18 garbage 'ass wipe' order to creatively shut the doors to courthouse; defendant felons criminally colluded with co-criminal accomplices -felons Julia Maness, Tina Schillaci, Blanca Sandoval, Tom Palella, John Does 1-2, Jane Doe in the fabricated, *manufactured out of whole cloth* with lies the 18, 2025 trash "order" .

94. Punitive damages are sought against each and every individual defendants who are the actors in this causes of action .

95. Based upon all of the foregoing facts and pleadings, it is clear that defendants retaliated against the plaintiff John Doe , co-plaintiff Appellant; wantonly, deliberately abused the authority under 'color of office' , under the veil "unqualified immunity" , violated the law, and denied Appellant of her rights, committed unconscionable, sadist perverted tort acts against the Appellant, for which punitive damages are sought against each and every individual defendants who are the actors in this causes of action .

96. Based upon all of the foregoing facts and pleadings, it is clear that defendants retaliated against the Appellant , conspired and premeditated a criminal plan; indulged in unscrupulous and felony criminal acts; committed heinous felony *high crimes and misdemeanor* including criminal fabrication , forgery of 6/18 with no name of the faceless, nameless , coward s in its 6/18 trashy "order"

97. The defendant felons are psychotic, maniacal , criminal minded felons needed to be *donned* in an 'orange robe.'

98. The despicable, unconscionable, unscrupulous acts of the felons Hyman, Tailor, Walker, Gamrath , besides immoral and criminal, are devoid of any judicial or moral character; extreme moral turpitude ads narrated here like a story from the *onset* of the of the criminal conspiracy through a trash 6/18 "order" Severe punitive damages are to be awarded for flagrant breach of trust placed on the felons Hyman, Walker, Gamrath and Tailor who are venomous snakes *clothed* as sheep.

99. Based upon all of the foregoing facts , it is clear that the defendant crooks conspired, colluded, corroborated , collaborated a criminal plan and willfully, maliciously indulged in

deliberate violations against Illinois Constitution, United States Constitution, violated First ,

and  Fourteenth Amendment Rights under the  United States Constitution and committed

Federal and State  crimes under RICO criminal statutes ,  for which severe punitive damages

are to be awarded in favor of Plaintiff and against each and every individual defendants .


**WHEREFORE** Punitive damages in an amount of **FIVE HUNDRED   Million   dollars** are

sought **INDIVIDUALLY** against the  **INDIVIDUAL**  defendants  Michael Bruce Hyman,

Sanjay Thakkur Tailor, Celia Guzaldo Gamrath, Carl Anthony Walker, Julia Maness, Blanca

Sandoval, Tina Schillaci, Thomas Palella, John Doe1, 2, and Jane doe.

## VI.      SPECIAL AND EXEMPLARY RELIEF

A thirteen Judge *en banc* Panel in Fifth Federal circuit , while reversing an

unconstitutional order  such as the one by  the felons Hyman, Tailor, Walker, Gamrath on

6/18/2025, held:  " **the order was an unconstitutional prior restraint on expression**

**accorded First Amendment protection**." The 6/18/2025 order is a  blatant  aggression of

Appellant's  rights; unprecedented abuse  of authority , super egoistic, arrogant  abuse of

power with overwhelming  sadistic moral turpitude by the  perverted maniac and felons

Hyman, Tailor, Walker and Gamrath;   unprecedented aggression , slaughter and  breach of

Appellant's Constitutional rights , Equal Access to Justice ACT -EAJA , and Equal Protection

laws by the felons Hyman, Tailor, Walker and Gamrath.

The Fifth circuit also found the  order **restricted protected speech**. *NAACP v. Button*,

371 U.S. 415 (1963); *In re Primus,* 436 U.S. 412 (1978),  *United Transportation Union v.*

*Michigan Bar*, 401 U.S. 576 (1971); *Mine Workers v. Illinois Bar Assn.*, 389 U.S. 217 (1967);

*Railroad Trainmen v. Virginia State Bar*, 377 U.S. 1 (1964).

The below link ( if googled) will take to the U.S. Supreme court *blistering opinion* against Fourth circuit, delivering a *vulgar admonition* and a signal to *s in black robe* and felons like Michale Hyman, Sanjay Tailor, Carl Walker, Celia Gamrath who violated and abridged the Constitutional Rights , First Amendment Rights , Fourteenth Amendment Rights of the Appellant . The publisher "Onion" corporate office is a few blocks from Daley Center

"**https://www.theonion.com/supreme-court-upholds-freedom-of-speech-in-obscenity-fi-1819571491**" (theonion.com)

Defendant felons Hyman, Walker, Tailor, Gamrath has no authority whatsoever given them by the Illinois Constitution; United States Constitution to enter orders restricting access to courts and file pleadings electronically, mandated by the Supreme court order 18368. As such the felons Hyman, Walker, Gamrath and Tailor are in criminal contempt of the Supreme court order.

**WHEREFORE ,** Plaintiffs respectfully request appropriate exemplary relief and money damages awarded for the Plaintiffs, including additional punitive damages.

## V . ORDER OF PROTECTION AND RESTRAINING ORDER

### ALL Defendants

100. Plaintiff adopts and incorporates paragraphs 1- 99 of this complaint , Caption Paragraphs I-IV as fully set forth herein.

101. Based upon all the foregoing facts, pleadings, evidence, it is clear that the defendant felons Michael Bruce Hyman, Sanjay Thakkur Tailor, Carl Anthony Walker, Celia Guzaldo Gamrath , Thomas Palella, Johne Does 1-2, Jane Doe, Tina Schillaci, Julia Maness, Blanca Sandoval pose enormous threats to the Appellant, Plaintiff, to the Judiciary

102. Additionally the *neurotic psychopath maniacs , and perverted sadist crooks* with blood thirsty revenge for sued the judicial felons in Supreme court ; sued again under Rule 383;

file complaint with Illinois court commission; Judicial inquiry, and are capable of committing serious felony crimes including murder under cover of judicial immunity.

103. It is suspected, expected the defendant felons, Hyman, Walker, Gamrath, Tailor will continue their criminal agenda to harm the Appellant .

104. The defendant felons Micheal Bruce Hyman, Carl Anthony Walker, Celia Guzaldo Gamrath, and their criminal accomplices, -co-defendants Palella, Sandoval, Schillaci, Maness, John Does 1-2, Jane Doe are neurotic, perverted , out of control, running lose crazy maniacs; criminal crooks with inflated, bloated ego and arrogance, and blood thirsty, crazy hounds who the Government must *euthanize* like they do with *maniacal dogs* endangering the public citizens, civilians , Plaintiff alike .

105.The defendant s Hyman, Walker, Gamrath, Tailor are  capable of committing capital crimes by hiring 'hitman' and go 'scot-free" from murder conviction. Especially the criminal crook and felon Hyman has been under radar by private detectives who have spotted felon Hyman frequenting strip clubs and brothels.

106. Intervenor Plaintiff is very seriously concerned that the felons Hyman , Walker, Gamrath, Tailor in collusion with their mistresses and Julia Maness, Tina Schillaci, Blanca Sandoval would engage in further the felony harassment; felony abuses; felony hazing; felony bullying ; felony stalking including felony high crimes including *murder.*

107. The *perverted sadists* Hyman, Walker, Gamrath, Tailor to derive *sadistic pleasure* as revenge for suing them here, pose a REAL and PRESENT DANGER and notified so to USDOJ. Henceforth , Plaintiff verily believes defendant FELONS Hyman, Walker, Gamrath, Tailor are capable of indulging in Felony solicitation to hire a 'hitman' to *murder the Plaintiff* . his wife the Appellant for suing the s and made their abuses *brought to light* by this law suit

108. Plaintiff seeks an Order of Protection and Restraining Order  enjoining the defendants   and felons  Michela Bruce Hyman, Sanjay Thakkur Tailor, Celia Guzaldo Gamrath, Carl Anthony Walker,  Thomas Palella , Blanca Sandoval, Tina Schillaci, Julia Maness are Prohibited , Restrained and enjoined from any contact with the Plaintiff, his wife and family, and:

- an order banning/prohibiting, enjoining the defendants from Contacting, Communicating with Plaintiff, his wife- the Appellant in any form, shape or manner including US mail , Fax, E mail ,Phone et.

- an order banning/prohibiting, enjoining the defendants  from contacting, communicating with the  Plaintiff, his wife- the Appellant in any form, shape or manner including by its agents, associates, representatives;

- an order banning/prohibiting, enjoining  the defendants, its agents, associates, representatives that they are prohibited and restrained from appearing, approaching  Plaintiff, his wife- the Appellant within FIVE  thousand feet  (5000 feet) of Plaintiff residence, properties, offices  as shown in the *confidential* filing of  Appendix.

- an order banning/prohibiting, enjoining  the defendants, its agents, associates, representatives from  ever contacting, approaching the Plaintiff, his wife- the Appellant place of business, in any public Place, including restaurants, etc.; within **FIVE  thousand feet** (5000 feet )

- an order banning/prohibiting, enjoining the defendants, its agents, associates, representatives from ever contacting, approaching the Plaintiff, his wife- the Appellant in any place in United States including Illinois

- an order prohibiting, barring and enjoining the defendants, its agents, associates, representatives from any contact, any communication by phone, E mail, Fax, U.S Mail, Phone **,** directly , indirectly with Plaintiff, his wife- the Appellant

- an order that any violations by defendant felons reported to this Court is a violation of the Order of Protection and Restraining order and will result in immediate  arrest warrant issued  for direct  criminal contempt of this Court  and defendants arrested by U.S. Marshal police  or FBI.

- Any such other relief this court deem fit, fair and just.

## JURY DEMAND

Plaintiff demands Jury Trial by a **Twelve Person Jury** on all counts seeking compensatory, consequential and Punitive damages.

By: /s/John Doe d/b/a Justice Clinic

Plaintiff

Dated: 06/23/2025

# EXHIBIT A

| | |
|---|---|
| Evans, Timothy (dft) | 1:2010cv04026 |
| Evans, Timothy (dft) | 1:2005cv00081 |
| Evans, Timothy (dft) | 1:2006cv03139 |
| Evans, Timothy (dft) | 1:2007cv03561 |
| Evans, Timothy (dft) | 1:2007cv07183 |
| Evans, Timothy (dft) | 1:2009cv00009 |
| Evans, Timothy (dft) | 1:2009cv04912 |
| Evans, Timothy (dft) | 1:2010cv04213 |
| Evans, Timothy (dft) | 1:2012cv02726 |
| Evans, Timothy (dft) | 1:2012cv02998 |
| Evans, Timothy (dft) | 1:2012cv08477 |
| Evans, Timothy (dft) | 1:2012cv10438 |
| Evans, Timothy (dft) | 1:2013cv04696 |
| Evans, Timothy (dft) | 1:2013cv07623 |
| Evans, Timothy (dft) | 1:2014cv07459 |
| Evans, Timothy (dft) | 1:2014cv09804 |
| Evans, Timothy (dft) | 1:2015cv05907 |
| Evans, Timothy (dft) | 1:2015cv10553 |
| Evans, Timothy (dft) | 1:2016cv08676 |
| Evans, Timothy (dft) | 1:2017cv03608 |
| Evans, Timothy (dft) | 1:2017cv04235 |
| Evans, Timothy (dft) | 1:2017cv07177 |
| Evans, Timothy (dft) | 1:2018cv01319 |
| Evans, Timothy C (dft) | 1:2001cv06992 |
| Evans, Timothy C (dft) | 1:2002cv07443 |
| Evans, Timothy C (dft) | 1:2004cv01322 |
| Evans, Timothy C (dft) | 1:2004cv05486 |
| Evans, Timothy C (dft) | 1:2008cv02007 |
| Evans, Timothy C (dft) | 1:2014cv00801 |
| Evans, Timothy C (dft) | 1:2015cv03154 |
| Evans, Timothy C (dft) | 1:2016cv06043 |
| Evans, Timothy C (dft) | 1:2017cv02330 |
| Evans, Timothy C (dft) | 1:2017cv05240 |
| Evans, Timothy C. (dft) | 1:1995cv02262 |
| Evans, Timothy C. (dft) | 1:2008cv04227 |

● dft-Defendant

# EXHIBIT B

Defendant Walker  " RAP SHEET "

Unsealed records reveal new details about Illinois appellate judge Carl Walker  alleged role in decades-old fraud scheme

Walker , a then Attorney represented a client knowing **fully well his client committed criminal fraud in court filings.** The client **was CONVICTED of Mortgage Fraud**. Unsealed records reveal added details about Illinois appellate felon, Carl Walker role in decades-old fraud scheme . Walker who should not be even in the retention ballot for knowingly represented a client who committed criminal mortgage fraud and is a convicted felon prosecuted by Cook county state's attorney Robert Milan . Walker's love for white collar criminals mortgage companies is evident where on another Appeal , Walker he "fixed" the appeal for his loving Mortgagee who indulged in similar fraud like Walker client.


In the case  in *People v. Muhammad,* Hyman and Walker attacked Tailor's 33-page dissenting opinion as containing "multiple missteps" with "baseless" and "farfetched" claims on the law. Walker and Appellate Judge Michael Hyman excoriated Milan — as well as their colleague on the panel, dissenting Appellate Judge Sanjay Tailor.  Tailor concluded Milan had no conflict of interest because there was no evidence he played any role in Muhammad's prosecution.   In his dissent, Tailor wrote , "The majority has manufactured Muhammad's due process claim out of whole cloth," Tailor wrote in his dissent, "denying Milan an opportunity to respond, in derogation of our supreme court's repeated admonition to avoid assuming the role of advocate. Tailor also criticized Hyman and Walker for saying Milan held a "quasi-judicial authority" over all Cook County prosecutions, which Tailor said was a novel legal definition that might disqualify all former supervising prosecutors from serving as special state's attorneys, causing a devastating ripple through Illinois courts.

# AUTHORITIES

## TABLE OF AUTHORITIES

**Case**

Forrester v. White, 484 U.S. 219, 228 (1988)
( not eligible for Absolute   immunity and the judge can be sued )

Duvall v. County of Kitsap, 260 F.3d 1124, 1133
(9th Cir.2001
 Hoffman , 368 F.3d at  718

Sykes, 7 F.3d at 1339  African American Slave
Descendants Litig., 307 F.Supp.2d   977 , 983 (N.D.Ill 2004

Hook v.McDade , 89 F.3d 350,  354   (7th Cir.1996)
 Code of Conduct for   Judges  Canon 2 cmt. (2009).

U.S. v. Microsoft, 253 F.3d 34, 107 (D.C. Cir., 2001)

Goldman v. Nevada Com'n on Judicial Discipline,
830 P.2d 107, 108
 Goldman,830 P.2d. 108 ( willful judicial  ismconduct)

 42 U.S.C. Section 1983

 370 U.S. at 631. Also see 531  F .2d.1188, 1195  (1976)

 Miss. Com'n On Jud. Performance v. Britton, 936 So.2d 898
(Miss., 2006).

 James Barr, 13 S.W.3d 525 (Tex.Rev.Trib., 1998)

Larsen, Matter of, 616 A.2d 529, 532 Pa. 326 (Pa., 1992)

Quirk, 705 So.2d 172 (La., 1997)

 Hill, 152 Vt. 548, 572-75, 568 A.2d 361, 373-75 (1989)
(Honesty &   Integrity at issue , single action can result in
a finding of judicial misconduct

 Feinberg, 5 NY3d 206

 State v. Colclazier , 2002 OK JUD 1,  106 P.3d 138
( Judge is guilty of  oppression  of office)

 Payne v. Timothy Evans

Judge Gottschall –ILND;  the court declines to find that
absolute judicial immunity bars  § 1983 official capacity
claims against  Judge Evans). Cited authorities:
Novak v. Hall, No. 14 C 801, 2015 WL 5768569,
(N.D. Ill. Sept.  30, 2015)  (quoting DeVito v. Chicago
Park Dist.,  83 F.3d 878, 881 (7th Cir. 1996);
Kentucky v. Graham, 473 U.S. 159, 165-66 (1985));
see also Prakel v.  Indiana, 100  F. Supp. 3d 661, 677
(S.D. Ind.  2015)

Alexander v. Primerica Holdings, Inc., 10 F.3d 155
(3rd Cir. 1993)

*In re* Antar, 71 F.3d 97 (3rd Cir. 1995)

Baran v. Port of Beaumont Navigation District of Jefferson County,
57 F.3d, 444 (5th Cir. 1995)

Berger v. United States, 255 U.S. 22 (1921), 41 S.Ct. 230,
65 L.Ed. 481

Bernofsky v. Tulane University Medical School,
962 F.Supp. 895 (E.D.La. 1997), U.S.  119 S.Ct. 48,
142 L.Ed. 2d 37 (1998)

Bradley v. School Board of City of Richmond, Virginia,
324 F.Supp. 439 (E.D. Va. 1971)

Camero v. United States, 375 F.2d 777
(U.S. Claims 1967)

Collins v. Dixie Transport, Inc., 543 So.2d 160 (1989)

Crain v. United States, 162 U.S. 625 (1896), 16 S.Ct. 952,
40 L.Ed. 1097

D.B. v. Ocean Tp. Bd. of Educ., 985 F.Supp 457
(D.N.J. 1997)

Davis v. Board of School Comm'rs of Mobile County,
517 F.2d 1044 (5th Cir. 1975), cert. denied, 425 U.S. 944
(1976), 96 S.Ct. 1685, 48 L.Ed.2d 188

Haines v. Liggett Group, Inc., 975 F.2d 81 (3rd Cir. 1992)

*In re* International Business Machines Corp., 618 F.2d 923
(2nd Cir. 1980)

Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847
(1988), 108 S.Ct. 2194, 100 L.Ed.2d 855

Liteky v. U.S., 510 U.S. 540 (1994), 114 S.Ct. 1147,
127 L.Ed.2d 474

Michigan Dept. of Soc. Servs. v. Shalala, 859 F.Supp.
1113 (W.D. Mich. 1994)

Public Utilities Comm'n of D.C. v. Pollak, 343 U.S. 451
(1952), 72 S.Ct. 813, 96 L.Ed. 1068

Roberts v. Bailar, 625 F.2d 125, (6th Cir. 1980), on remand
538 F.supp 424

28 U.S.C. §§ 351- 364
 28 U.S.C. § 1291, 28 U.S.C.  § 1651(a)

Rosen v. Sugarman, 357 F.2d 794 (2nd Cir. 1966)

*In re* Schenck, 870 P.2d 185 (Or. 1994)

Union Carbide Corp. v. U.S. Cutting Service, Inc.,
782 F.2d 710 (7th Cir. 1986)

United States v. Antar, 53 F.3d 568 (3rd Cir. 1995)

United States v. Bertoli, 40 F.3d 1384 (3rd Cir. 1994)

United States v. Townsend, 151 F.Supp. 378
(D.C.D.C. 1957)    U.S. v. Avilez-Reyes 160 F.3d 258 (5th Cir.
1998)

Valley *et al*. v. Rapides Parish School Board,
118 F.3d 1047 (5th Cir. 1997)

Withrow v. Larkin, 421 U.S. 35 (1975), 95 S.Ct. 1456,
43 L.Ed.2d 712

Article V, U.S. Constitution

 Article XIV, Section 1, U.S. Constitution

Title 28, U.S.C., Section 144

Title 28, U.S.C., Section 455(a)

 Title 28, U.S.C.,   26 Title 28, U.S.C., Section 455(b)(5)(i)

Title 28, U.S.C., Section 1651

Title 28, U.S.C., Section 2106

28 U.S.C. § 351(a); Shaman, Lubet & Alfini, supra, § 2.02, at 37