AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| JOHN DOE<br>*Plaintiff*<br>v.<br>MICHAEL BRUCE HYMAN, SANJAY THAKKUR TAILOR, CELIA GUZALDO GAMRATH, CARL ANTHONY WALKER, THOMAS PALELLA, JOHN DOE 1, JOHN DOE 2, JANE DOE, TINA SCHILLACI, BLANCA SANDOVAL, JULIA MANESS<br>*Defendant* | ) ) ) ) ) )  Civil Action No.  25-1247 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: It is ordered and adjudged that Plaintiff John Doe recovers nothing in its claims against Defendant's Michael Bruce Hyman, Sanjay Thakkur Tailor, Celia Guzaldo Gamrathm Carl Anthony Walker, Thomas Palella, John Doe 1, John Doe 2, Jane Doe, Tina Schillaci, Blanca Sandoval, and Julia Maness. This case is dismissed without prejudice..

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  09/25/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*